United States Bankruptcy Court

Middle District of Pennsylvania

Freeman,
    Plaintiff

Cohen,
    Defendant

Adv. Proc. No. 19-00029-HWV

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 09, 2020 | Form ID: ntbkds | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | David Troy Sellars, US Department of Justice, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| ust | + | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| pla | + | Cheri Ann Freeman, 1075 Carlisle Road, Biglerville, PA 17307-9225 |
| dft | | Dennis Mooney, 407 Chestnut Street, Mount Holly Springs, PA 17065-1215 |
| svcadd | + | James Warmbrodt, KML Law Group, PC, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| dft | + | Lisa K. Cohen, 1350 58th Street, Altoona, PA 16601-7746 |
| dft | + | Santander Bank, 635 Carlisle Street, Hanover, PA 17331-5102 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Nov 09 2020 19:05:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| dft | | Email/Text: camanagement@mtb.com | Nov 09 2020 19:05:00 | M&T BANK, PO BOX 840, BUFFALO, NY 14240-0840 |
| dft | + | Email/Text: kcm@yatb.com | Nov 09 2020 19:05:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2020        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Plaintiff Cheri Ann Freeman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Defendant M&T BANK bkgroup@kmllawgroup.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

   Cheri Ann Freeman
   aka Cheri A Freeman
   aka Cheri Book Freeman
**Debtor(s)**

Chapter 13

   Cheri Ann Freeman
   aka Cheri A Freeman
   aka Cheri Book Freeman
**Plaintiff(s)**

Case No. 1:17−bk−01359−HWV

Adversary No. 1:19−ap−00029−HWV

vs.

   Lisa K. Cohen
   M&T BANK
   Dennis Mooney
   Santander Bank
   York Adams Tax Bureau
   Charles J DeHart, III, Trustee
**Defendant(s)**

## Notice

Adversary Case #1:19−ap−00029−HWV is dismissed because the underlying Bankruptcy Case #1:17−bk−01359−HWV has been dismissed.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 9, 2020

ntbkds(05/18)